AKAMINE & SONS, LTD., A HAWAII CORPORATION, AND
HAWAII NATIONAL BANK, HONOLULU *v.*
AMERICAN SECURITY BANK.

No. 4575.

MAY 9, 1968.

RICHARDSON, C.J., MIZUHA, ABE AND
LEVINSON, JJ., AND CIRCUIT JUDGE LAURETA
IN PLACE OF MARUMOTO, J. DISQUALIFIED.

*Per Curiam.* The petition for rehearing is denied without argument.

*Walter G. Chuck, Wallace S. Fujiyama, Charles M. Tonaki, Reuben S. F. Wong (Chung, Vitousek, Chuck & Fujiyama* of counsel) for the petition.